1

2

3

4

5

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

13

NEIL ADAMS MCGINNIS,

                    Plaintiff,

            v.

BERNARD WARNER, DONALD HOLBROOK,
and DOCTOR EDWARDS,

                    Defendants.

No.  4:15-cv-05005-EFS

**ORDER DENYING IN FORMA PAUPERIS
STATUS AND DISMISSING ACTION**

14

15

16

17

18

19

    By Order filed February 20, 2015, the Court directed Plaintiff
to show cause within thirty (30) days why he should not be precluded
from proceeding in this action *in forma pauperis* under 28 U.S.C.
§ 1915(g). ECF No. 8. The Court instructed him to file no further
documents in this action, other than a Response to the Order to Show
Cause or full payment of the $400.00 filing fee.

20

21

22

23

24

    On March 2, 2015, Plaintiff submitted various additional
documents, including a proposed amended complaint, letters, and
exhibits.  ECF Nos. 9-12.  These documents are non-compliant with the
instruction that he restrain his writings within one inch margins on
documents.

25

26

    On March 24, 2015, Plaintiff submitted an 18 page document
stating, "why I have failed to respect Court's deadline of 3-20-2015

ORDER DENYING IN FORMA PAUPERIS STATUS AND DISMISSING ACTION -- 1

and my pray for relief under Federal Rules of Civil Procedure that I pray for relief that Courts in their inherent powers to do so will invoke in its own discretion as it deems proper and appropriate." ECF No. 13 at 1. This document is not responsive to the Order to Show Cause. On April 7, 2015, Plaintiff appealed the Order to Show Cause, ECF NO. 14. The Court finds that it retains jurisdiction over this action as no final order has been entered.

Plaintiff has presented no clear facts from which the Court could infer that he is under imminent danger of serious physical injury. For the reasons set forth in the Order to Show Cause, ECF No. 8, **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **DENIED** as precluded under 28 U.S.C. § 1915(g). Although granted the opportunity to do so, Plaintiff did not pay the $400.00 required to commence this action.

Accordingly, **IT IS HEREBY ORDERED:**

1.    This action is **DISMISSED** for failure to comply with 28 U.S.C. § 1914.

2.    All pending motions are **DENIED as moot.**

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

**DATED** this  13th  day of April 2015.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge