AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

NEIL ADAMS McGINNIS

|  | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| BERNARD WARNER, DONALD HOLBROOK, and | ) |
| DOCTOR EDWARDS | ) |

Civil Action No.  4:15-CV-5005-EFS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   this action is DISMISSED for failure to comply with 28 U.S.C. SECTION 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  May 11, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb